UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PATTERSON

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      - v -

EDGAR MUNIZ,
    a/k/a "Edgar Munoz,"
    a/k/a "the Professor,"

          Defendant.

- - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**08 CRIM 479**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 23, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                      By: _____
                            Randall W. Jackson
                            Assistant United States Attorney

                      AGREED AND CONSENTED TO:

                      By: _____
                            Mark S. DeMarco
                            Attorney for ~~Patrick Demarich~~
                                    EDGAR MUNIZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08