UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

        - v. -                       :     **PRIOR FELONY INFORMATION**

EDGAR MUNIZ,                          :         08 Cr.   (   )

                Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      The United States Attorney charges:

      On or about _December 3, 1997_, in the New York Supreme Court, Edgar Muniz, the defendant, was convicted upon a of a felony under the United States Code relating to narcotic drugs.

      Accordingly, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 851.)

Dated: New York, New York
      May 28, 2008

                                       MICHAEL J. GARCIA
                                       United States Attorney

**08 CRIM 479**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 28 2008

0293                                - 1 -