```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         v.                      :
                                 :    08 CRIM 479
EDGAR MUNIZ,                     :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 841(a) and (b)(1)(A); Title 18, United States Code, Sections 924(c) and 922(g), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.



_____
EDGAR MUNIZ
Defendant

_____
Witness

_____
Mark S. DeMarco, Esq.
Counsel for Defendant

Date:  New York, New York
       May 28, 2008